# DONOGHUE, THOMAS, AUSLANDER & DROHAN LLP

ATTORNEYS AND COUNSELLORS AT LAW
2517 ROUTE 52
HOPEWELL JUNCTION, NEW YORK 12533

JOHN M. DONOGHUE
LAWRENCE W. THOMAS
JAMES P. DROHAN
DANIEL PETIGROW
STUART S. WAXMAN*
*ADMITTED IN NEW YORK AND NEW JERSEY

ANA ISABEL GONZALEZ
JUDITH CRELIN MAYLE
BRYN SARVIS PACE
NEELANJAN CHOUDHURY

(845) 227-3000
TELECOPIER (845) 227-6873

OF COUNSEL
ROCHELLE J. AUSLANDER
D'ANDREA & GOLDSTEIN
NATALIE J. MARSHALL

WESTCHESTER COUNTY OFFICE
700 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583
(914) 725-7893
TELECOPIER (914) 472-1840

PARALEGAL
LYNN W. CYBULSKI
CHRISTINE A. MERSAND

## MEMO ENDORSED

December 20, 2007

**VIA FACSIMILE ONLY (914) 390-4179**

Hon. Stephen C. Robinson
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601-4150

    Re: **Jeffrey Kirby v. Yonkers School District and Bernard Pierarzio**
         **07 CIV 10684**

Dear Judge Robinson:

The undersigned represents Defendants in the above captioned action, which has been recently been commenced.

Plaintiff's counsel, Mr. Sussman, has agreed to extend the District's time to answer from December 24, 2007 until January 7, 2008.

If the Court is in agreement, we would respectfully request that the extension be "So Ordered" and faxed back to us.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Hon. Stephen C. Robinson
December 20, 2007
Page 2 of 2

    We thank the Court for its courtesies.

                            Respectfully submitted,

                            *Vincent P. D'Andrea*

                            Vincent P. D'Andrea
                            (6614)

VPD/dll

cc: Michael Sussman, Esq.


SO ORDERED:

*Stephen C Robinson*
_____
Hon. Stephen C. Robinson    1/7/08