UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JEFFREY KIRBY,

                         Plaintiff,

    -against-

YONKERS SCHOOL DISTRICT and
BERNARD PIERARZIO, sued in his
individual capacity,

                         Defendants.
--------------------------------------------------------X

**DEFENDANTS' RULE 26(a)(1)
INITIAL DISCLOSURES**

07-10684 (SCR)

ECF Case

Pursuant to FRCP 26(a)(1)(A), Defendants Yonkers School District ("District") and Bernard

Pierarzio (*sic*) ("Pierorazio")  by their attorneys, Donoghue, Thomas, Auslander & Drohan, LLP,

hereby provide the following initial disclosure:

## I.    Individuals Likely to Have Discoverable Information That May Be Used to Support Defendants' Defenses.

<u>Disclosure</u>

    1.    Bernard P. Pierorazio, Superintendent
             Yonkers Public Schools
             One Larkin Center
             Yonkers, NY 10701
             (914) 376-8667

    2.    Dennis Campanera, Principal
             PEARLS Hawthorne School
             350 Hawthorne Avenue
             Yonkers, NY 10705
             (914) 376-8250

    3.    Cara Caico, Assistant Principal
             PEARLS Hawthorne School
             350 Hawthorne Avenue
             Yonkers, NY 10705
             (914) 376-8250

4.    Susan V. Fierson, Assistant Principal
      PEARLS Hawthorne School
      350 Hawthorne Avenue
      Yonkers, NY 10705
      (914) 376-8250

5.    Robert Riccuiti, Principal
      Emerson Middle School
      160 Bolmer Avenue
      Yonkers, NY 10703
      (914) 376-8300

6.    Beverly Turner-Nash, Assistant Principal
      Emerson Middle School
      160 Bolmer Avenue
      Yonkers, NY 10703
      (914) 376-8300

7.    Michelle Yazurlo, Assistant Principal
      Emerson Middle School
      160 Bolmer Avenue
      Yonkers, NY 10703
      (914) 376-8300

8.    Marwan Sayegh, Assistant Principal
      Emerson Middle School
      160 Bolmer Avenue
      Yonkers, NY 10703
      (914) 376-8300

9.    Dr. Marta Lugo, Director of Personnel
      Yonkers Public Schools
      One Larkin Center
      Yonkers, NY 10701
      (914) 376-8106

10.   Dr. Donna Martuge, Director of Student Registration
      Yonkers Public Schools
      One Larkin Center
      Yonkers, NY 10701
      (914) 376-8000

11.   James W. Rose, Director of Health/Physical Education/Athletics
      Yonkers Public Schools
      One Larkin Center
      Yonkers, NY 10701
      (914) 376-8000

12.   Sheryl Chasin, Director of Professional Development
      Yonkers Public Schools
      One Larkin Center
      Yonkers, NY 10701
      (914) 376-8000

13.   Pasquale Piccirella, Director of Transportation, Safety and Security
      Yonkers Public Schools
      One Larkin Center
      Yonkers, NY 10701
      (914) 376-8000

14.   Orlando Menieru, Public Safety Officer
      Emerson Middle School
      160 Bolmer Avenue
      Yonkers, NY 10703
      (914) 376-8300

15.   Michael Lanteri, Public Safety Officer
      Emerson Middle School
      160 Bolmer Avenue
      Yonkers, NY 10703
      (914) 376-8300

16.   Jane Weinberg, Teacher
      Emerson Middle School
      160 Bolmer Avenue
      Yonkers, NY 10703
      (914) 376-8300

17.   Patricia Puleo, President
      Yonkers Federation of Teachers
      35 East Grassy Sprain Road
      Yonkers, NY 10710
      (914) 793-0200

18.     Fran Ruggiero, Middle School Vice President
        Yonkers Federation of Teachers
        35 East Grassy Sprain Road
        Yonkers, NY 10710
        (914) 793-0200

19.     Carolyn Jones, Parent
        80 School Street, Apt. 5K
        Yonkers, NY 10701

20.     Kahssai Duhaney, Student
        c/o Carolyn Jones
        80 School Street, Apt. 5K
        Yonkers, NY 10701

## II.     DOCUMENTS AND LOCATION.

1.      Plaintiff's Personnel File
        Yonkers Public Schools
        One Larkin Center
        Yonkers, NY 10701

## III.     INSURANCE

After commencement of discovery, the applicable insurance agreement between the District and ACE USA will be made available for copying and inspection, as required, at the offices of Donoghue, Thomas, Auslander, and Drohan, LLP, 2517 Route 52, Hopewell Junction, NY 12533.

Defendants reserve their rights to supplement their disclosure to the extent necessary and appropriate pursuant to the applicable provisions of the Federal Rules of Civil Procedure.

Dated:  June    , 2008

Yours, etc.,

DONOGHUE, THOMAS, AUSLANDER & DROHAN, LLP

By:      */s/ Vincent P. D'Andrea*

Vincent P. D'Andrea (6614)
Attorneys for Defendant
2517 Route 52
Hopewell Junction, NY 12533
Tel. No. 845/227-3000
Fax No. 845/227-6873

TO:    Michael H. Sussman, Esq.
Attorneys for Plaintiff
Sussman & Watkins
40 Park Place
P.O. Box 1005
Goshen, NY 10924